UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

03 NOV 19 A 10: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSHU COPPOLA,
   Plaintiff

v.

COLIN O. CARR,
   Defendant

CIVIL ACTION NO.

03 - 30278 - MAP

## COMPLAINT AND JURY DEMAND

FILING FEE PAID:
RECEIPT # 305419
AMOUNT $ 150.00
BY DPTY CLK MCL
DATE 11/19/03

1. Plaintiff, Joshu Coppola, resides in Syracuse, New York.

2. Defendant, Colin O. Carr, resides in Sandisfield, Massachusetts.

3. On or about May 14, 2001, plaintiff was operating his car eastbound on route 23 in Otis, Massachusetts.

4. Then and there, defendant, traveling westbound on said Route 23, negligently, carelessly and improperly operated his pickup truck so as to cause it to collide with the car operated by plaintiff.

5. As a result of said collision, plaintiff was seriously injured, suffered injuries to and great pain of body and mind, incurred expenses for medicine, medical attention and hospitalization in excess of $2,000.00, was prevented from transacting his usual business and suffered a diminution of earning capacity, all for a long period of time.

WHEREFORE, the Plaintiff, Joshu Coppola, demands judgment against Defendant Colin O. Carr for monetary damages in the amount of $500,000.00, plus costs, interest, attorney's fees and such additional relief as the Court deems just and reasonable.

**\*\*PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE\*\***

By Plaintiff's Attorney,

*[signature]*

DEAN CARNAHAN
BBO #074580
LAW OFFICES OF DEAN CARNAHAN
126 Broadway
Arlington, MA  02474
(781) 641-2825

Dated:  November 16, 2003

B-2222-C