AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the _____ DISTRICT OF _Massachusetts_
(Springfield)

Joshu Coppola

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Colin O. Carr

**03 - 30278 - MAP**

TO: (Name and address of defendant)

Colin O. Carr, 51 Silverbrook Road,
Sandisfield, MA 01255

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dean Carnahan, Esquire
Law Offices of Dean Carnahan
126 Broadway
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                              11/24/03
CLERK                                     DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Office of the Sheriff** • 467 Cheshire Road • Pittsfield, MA 01201 • 413-443-6841
*Berkshire, ss.*

December 10, 2003

By virtue of this writ I have made diligent search for the within-named Colin O. Carr and for his last and usual place of abode, 51 Silverbrook Road, Sandisfield, MA 01255 and for his tenant, agent, or attorney, but could not find him within this county; I therefore return this writ without service. Diligent Search Charge ($10.00), Conveyance ($4.50), Travel ($20.16) Total Charges $34.66

Deputy Sheriff   Carl M. Seiger

_____
Deputy Sheriff

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772
*Hampden, ss.*

December 24, 2003

I hereby certify and return that on 12/23/2003 at 01:20 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT & JURY DEMAND & CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of COLIN O. CARR, , RT. 23, , BLANDFORD, MA 01008, and by mailing 1st class to the above address on 12/23/2003. Attestation x 2 ($10.00), Conveyance ($4.50), Travel ($14.08), Basic Service Fee ($20.00), Mailing ($3.00) Total Charges $51.58

Deputy Sheriff MICHAEL POWERS

_____
Deputy Sheriff

Address of Server

DEC 22'03 AM 8:50

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.