UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOSHU COPPOLA, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>COLIN O. CARR, )<br>        Defendant ) | CASE NO.: 3:03-CV-30278-MAP |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND CLAIM FOR JURY TRIAL

1. The defendant, Colin O. Carr, denies the allegations contained in Paragraph 1 of the plaintiff's Complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

2. The defendant, Colin O. Carr, denies the allegations contained in Paragraph 2 of the plaintiff's Complaint.

3. The defendant, Colin O. Carr, denies the allegations contained in Paragraph 3 of the plaintiff's Complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

4. The defendant, Colin O. Carr, denies the allegations contained in Paragraph 4 of the plaintiff's Complaint.

5. The defendant, Colin O. Carr, denies the allegations contained in Paragraph 5 of the plaintiff's Complaint.

### FIRST AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that the damages alleged were caused in whole or in part by the negligence of the plaintiff, Joshu Coppola.

### SECOND AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that the damages alleged were caused in whole or in part by the negligence of a third party.

### THIRD AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that at the time of the alleged accident the plaintiff, Joshu Coppola, was guilty of a violation of the law which violation contributed to the alleged accident.

### FOURTH AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that if the plaintiff, Joshu Coppola, proves that the said defendant was negligent as alleged, the plaintiff was negligent to a greater degree than the said defendant and the plaintiff is barred from recovery under the Comparative Negligence Law of the Commonwealth of Massachusetts.

### FIFTH AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that the negligence of the plaintiff, Joshu Coppola, contributed in some degree to the cause of the accident, wherefore, the damages, if any, awarded to the plaintiff should be diminished and reduced in accordance with law.

### SIXTH AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that he is exempt from tort liability for damages to the plaintiff, Joshu Coppola, to the extent provided by General Laws Chapter 90, Section 34M.

### SEVENTH AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that this action was not commenced within the time required by the laws made and provided therefor.

### EIGHTH AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that the Complaint fails to state a cause of action upon which relief can be granted.

### NINTH AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that the Court does not have personal jurisdiction over the said defendant, wherefore the said defendant requests that this action be dismissed pursuant to Fed. R.C.P. Rule 12(b)(2).

### TENTH AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that the Complaint should be dismissed pursuant to Fed. R.C.P. Rule 12(b)(5) for insufficient service of process.

## ELEVENTH AFFIRMATIVE DEFENSE

And further answering the defendant, Colin O. Carr, says that the Complaint should be dismissed pursuant to Fed. R.C.P. Rule 12(b)(4) for insufficient service of process.

### THE DEFENDANT CLAIMS A TRIAL BY JURY ON ALL ISSUES

                        COLIN O. CARR,
                        By his attorney,

Kevin Chrisanthopoulos, Esquire BBO#: 643734
Gerard T. Donnelly, Esquire BBO#: 553283
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
Telephone No.: (508) 791-6287

Dated: February 5, 2004

## CERTIFICATE OF SERVICE

I, Kevin Chrisanthopoulos, Esquire, counsel of record for the defendant in this action, do hereby certify that I have served a copy of the Defendant, Colin O. Carr's, Answer to Plaintiff's Complaint and Claim for Jury Trial, to all parties, by first class mail, postage prepaid, this 5th day of February, 2004, to:

Dean Carnahan, Esquire
Law Offices of Dean Carnahan
126 Broadway
Arlington, MA 02474

                                        Kevin Chrisanthopoulos, Esquire