UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOSHU COPPOLA, )<br>   Plaintiff, )<br>         )<br>v.        )<br>          )<br>COLIN O. CARR,   )<br>   Defendant  ) | CASE NO.: 3:03-CV-30278-MAP |

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

**I. Agenda**

The matters to be discussed at the scheduling conference will include:

(a) Scheduling of discovery;

(b) Plan for filing dispositive motions;

(c) Trial by magistrate.

**II. Pre-Trial Schedule for Discovery**

(a) Rule 26(a) disclosures to be filed on or before May 1, 2004.

(b) All amendments to pleadings to be filed on or before May 15, 2004.

(c) All paper discovery shall be served on or before June 15, 2004.

  All responses to paper discovery shall be served in accordance with the Federal Rules of Civil Procedure.

(d) All depositions of non-expert witnesses to be completed on or before August 1, 2004.

(e) Plaintiff shall disclose expert witnesses and testimony pursuant to Fed.R.Civ.P. 26(a)(2) on or before September 1, 2004.

(f) Defendants shall disclose expert witnesses and testimony pursuant to Fed.R.Civ.P. 26(a)(2) on or before October 1, 2004.

    (g) All deposition of expert witnesses to be completed on or before November 1, 2004.

### III. Motions

    (a) All dispositive motions to be filed on or before January 1, 2004.

    (b) Discovery motions, to the extent necessary, to be filed prior to the close of discovery

    (c) Trial motions, including motions in limine, to be filed not less than seven (7) days prior to the trial

### IV. Trial by Magistrate Judge

The parties will discuss using Magistrate Judge Neiman at the Conference.

### V. Local Rule 16.1 Certifications

The parties shall file L.R. 16.1(D)(3) Certifications on or before the date of the Scheduling Conference.

| | |
|---|---|
| COLIN O. CARR,<br>By his attorney, | JOSHU COPPOLA<br>By his attorney, |
| /s/ signature | /s/ signature |
| Kevin Chrisanthopoulos, Esquire BBO#: 643734<br>Gerard T. Donnelly, Esquire BBO#: 553283<br>Hassett & Donnelly, P.C.<br>484 Main Street, Suite 560<br>Worcester, MA 01608<br>Telephone No.: (508) 791-6287 | Dean Carnahan, Esq. BBO# 074580<br>Law Offices of Dean Carnahan<br>126 Broadway<br>Arlington, MA 02474<br>(781) 641-2825 |

Dated: March 18, 2004