UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOSHU COPPOLA,       )  | |
|         Plaintiff,   )  | |
|                      )  | CASE NO.: 3:03-CV-30278-MAP |
| v.                   )  | |
|                      )  | |
| COLIN O. CARR,       )  | |
|         Defendant    )  | |

### CERTIFICATION PURSUANT TO L.R. 16.1(D)(3))

Counsel of record for the Defendant, Colin O. Carr, hereby certifies that he has conferred with the defendant and/or the defendant's authorized representative regarding:

(1) establishing a budget for the costs of conducting the full course of litigation; and
(2) the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

COLIN O. CARR,
By his attorney,

_____
Kevin Chrisanthopoulos, Esquire BBO#: 643734
Gerard T. Donnelly, Esquire BBO#: 553283
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
Telephone No.: (508) 791-6287