UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

FILED
IN CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JOSHU COPPOLA, )<br>    Plaintiff, )<br>                 )<br>v.                        )<br>                 )<br>COLIN O. CARR, )<br>    Defendant )  | CASE NO.: 3:03-CV-30278-MAP |

## JOINT STATEMENT

Pursuant to Local Rule 16.1(D), counsel provides the following information:

1. Counsel have conferred concerning a proposed schedule for discovery and for the filing of motions and have agreed to a proposed order, which is attached as Exhibit "A."

2. Local Rule 16.1(D)(3) Certification is attached as Exhibit "B."

COLIN O. CARR,
By his attorney,

_____
Kevin Chrisanthopoulos, Esquire BBO#: 643734
Gerard T. Donnelly, Esquire BBO#: 553283
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
Telephone No.: (508) 791-6287

JOSHU COPPOLA
By his attorney,

_____
Dean Carnahan, Esq. BBO# 074580
Law Offices of Dean Carnahan
126 Broadway
Arlington, MA 02474
(781) 641-2825

Dated: March 18, 2004