UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHU COPPOLA,<br>  Plaintiff ) ) ) | |
| v. ) ) | Civil No. 03CV30278-MAP |
| COLIN O. CARR,<br>  Defendant ) ) ) | |

## CERTIFICATION FOR JOINT STATEMENT
## FOR SCHEDULING CONFERENCE

Joshu Coppola, the plaintiff in this action, and Dean Carnahan, attorney for the plaintiff, hereby certify that they have conferred (a) with a view of establishing a budget for the costs of conducting the full course - - and the various alternative courses - - for the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: March 4, 2004

JOSHU COPPOLA

DEAN CARNAHAN, ESQ.