UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSHU COPPOLA,            )
        Plaintiff    )
                    )
v.                        )  Civil Action No.  03-30278-KPN
                    )
                    )
COLIN O. CARR,            )
        Defendants    )

SCHEDULING ORDER
March 26, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosure by April 16, 20004.

2. All written discovery shall be served by June 15, 2004.

3. Non-expert depositions shall be completed by August 2, 2004.

4. Counsel shall appear for a case management conference on August 26, 2004, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
    KENNETH P. NEIMAN
    U.S. Magistrate Judge