UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSHU COPPOLA,                )
       Plaintiff        )
                                )
v.                            )        Civil Action No. 03-30278-KPN
                                )
                                )
COLIN O. CARR,                )
       Defendant        )

SCHEDULING ORDER
August 26, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. The remaining non-expert deposition noted by Defendant shall be completed by September 29, 2004.

2. Defendant shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by October 29, 2004.

3. Plaintiff shall designate and disclose information regarding his trial experts, if any, as required by FED. R. CIV. P. 26(a)(2) by December 17, 2004.

4. All expert depositions shall be completed by January 19, 2005.

5. Trial shall commence on March 14, 2005, at 9:00 a.m. Counsel shall appear for a final pretrial conference on February 28, 2005, at 2:00 p.m.

in Courtroom Three.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: August 26, 2004

      /s/ Kenneth P. Neiman  
KENNETH P. NEIMAN  
U.S. Magistrate Judge