UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)
CIVIL DOCKET FOR CASE #3:03-CV-30278-KPN

JOSHU COPPOLA, )
   Plaintiff )
)
vs. )
)
COLIN O. CARR, )
   Defendant )

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties to the above-entitled action, pursuant to the provisions of **Fed. R. Civ. P. 41 (a) (1) (ii)**, hereby stipulate that the Plaintiff's Complaint be dismissed with prejudice and without costs, waiving any and all rights to appeal.

JOSHU COPPOLA,

Dated: 10/28/04

_____
Dean Carnahan, Esquire #074580
Law Offices of Dean Carnahan
126 Broadway
Arlington, MA 02474
(781) 641-2825

COLIN O. CARR,

_____
Kevin Chrisanthopoulos, Esquire #43734
Gerard T. Donnelly, Esquire #553283
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
(508) 791-6287

Dated: 11/2/04